# Order

Michigan Supreme Court
Lansing, Michigan

June 25, 2012

Robert P. Young, Jr.,
Chief Justice

144171

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

TODD STANLEY WESTBROOK,
   Defendant-Appellant.

SC: 144171
COA: 301669
Wayne CC: 02-014752-FH

_____/

On order of the Court, the application for leave to appeal the October 5, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

Clerk

s0618